UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MAURICE POLK, | ) CV 12-2568-SH |
| | ) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

IT IS ADJUDGED IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for the ALJ to determine the onset date of plaintiff's mental disability, and calculation of benefits.

DATED: January 22, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE