1

2

3

4

5

6

7

8

9           UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11

12

13

14   MAURICE POLK,                    ) CV 12-2568-SH
                                       )
15                    Plaintiff,       ) JUDGMENT
         v.                            )
16                                     )
     MICHAEL J. ASTRUE,                )
17   Commissioner of Social Security   )
     Administration,                   )
18                                     )
                      Defendant.       )
19   _____ )

20

21          IT IS ADJUDGED IT IS ADJUDGED that the decision of the Commissioner

     reversed and remanded for the ALJ to determine the onset date of plaintiff's mental

22

     disability, and calculation of benefits.

23

     DATED: January 22, 2013

24

25                                    _____

                                          STEPHEN J. HILLMAN
26                                    UNITED STATES MAGISTRATE JUDGE

27

28